| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DILLION COMPTON, §
§
        Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:23-CV-176
§
BOBBY LUMPKIN, *et al.*, §
§
        Defendants. §

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Dillion Compton, an inmate confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of the court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for temporary restraining order filed by plaintiff be denied.

The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the Report and Recommendation.

The court has conducted a *de novo review* of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. Plaintiff has failed to demonstrate there is a substantial likelihood he will prevail on the merits.

## ORDER

Accordingly, the objections filed by plaintiff (#30) are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate

judge (#27) is **ADOPTED** as the opinion of the court. The motion for temporary restraining order (#8) is **DENIED**.

SIGNED at Beaumont, Texas, this 17th day of March, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE