| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| DILLION COMPTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | CIVIL ACTION NO. 9:23-CV-176 |
| | § | |
| BOBBY LUMPKIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Dillion Compton, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending a motion to dismiss filed by defendants Lumpkin and Orisco be denied and that plaintiff's motion to proceed *in forma pauperis* be granted. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#25) is **ADOPTED**. The motion to dismiss (#14) is **DENIED** and the motion to proceed *in forma pauperis* (#11) is **GRANTED**. An order shall be entered directing defendants Lumpkin and Orosco to respond to this lawsuit.

SIGNED at Beaumont, Texas, this 19th day of March, 2025.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE